IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.: 7:15cr22**     **Date: 9/8/15**

**Defendant: Lloyd Dean Smith, bond**     **Counsel: Fay Spence, FPD**

PRESENT:
- JUDGE: Elizabeth K. Dillon    TIME IN COURT: 10:03 – 10:40 AM
- Deputy Clerk: L. Dozier
- Court Reporter: Beverly Bagby, Evans & Co., sworn
- U. S. Attorney: Kartic Padmanabhan
- USPO: Bryan Murphy
- Case Agent: -
- Interpreter: -

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Counts 1.
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court takes Rule 11 plea of guilty under advisement until sentencing and the receipt of PreSentence Report..
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☐ Court finds defendant guilty as charged in Counts enter counts to which defendant pled guilty
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☒ Defendant to remain on bond.
- ☐ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for 12-9-15 at 10:00 AM before Honorable Elizabeth K. Dillon.